UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
MONICA PROSPER,

                Plaintiff,

                -against-

THOMSON REUTERS (GRC), INC.,

                Defendant.
------------------------------------------------X

Case No.: 18-CV-02890 (RA)

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel hereby certifies that Defendant Thomson Reuters GRC Inc. is a wholly owned subsidiary of Thomson Reuters U.S. LLC. Neither Thomson Reuters GRC Inc. nor Thomson Reuters U.S. LLC are publically traded. Both Thomson Reuters GRC Inc. and Thomson Reuters U.S. LLC are indirectly and wholly owned by Thomson Reuters Corporation, a publically-held corporation whose shares are traded on the New York Stock Exchange and the Toronto Stock Exchange.

Dated:   April 11, 2018

                SATTERLEE STEPHENS LLP

                By:    James F. Rittinger
                          Michael H. Gibson
                *Attorneys for Defendant*
                230 Park Avenue, Suite 1130
                New York, New York 10169
                (212) 818-9200