UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MONICA PROSPER,

       Plaintiff,

    -against-

THOMSON REUTERS (GRC) INC.,
       Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/19/2018___

18-CV-2890 (VEC) (OTW)

ORDER OF REFERENCE TO
A MAGISTRATE JUDGE

  The above entitled action is referred to Magistrate Judge Ona Wang for the following purpose(s):

_X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive
  Motion/Dispute:
  _____
  _____
  _____

  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

__ Settlement

__ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
  Purpose: _____

___ Habeas Corpus

___ Social Security

_X__ Dispositive Motion (i.e. motion requiring Report and Recommendation)
  Particular Motion: _____
  _____

  All such motions:  __X_

**SO ORDERED.**

**Date:  April 19, 2018**
   **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**