**SENT VIA USPS CERTIFIED MAIL:**

May 14, 2018

Honorable Ona T. Wang, U.S. Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007-1312

RE: <u>Monica Prosper vs. Thomson Reuters et al / 18 Civ. 2890 (VEC)(OTW)</u>

Dear Judge Wang:

I am the Plaintiff in this case. I am unable to attend this scheduled Initial Case Management Conference Order on May 30, 2018 for the following reasons:

1. As Plaintiff, I was not initially made aware of any movement in this case. Specifically, I have yet to receive communication (physical or digital) from the court that this case is moving forward and scheduled for appearance on May 30th. Indeed, I learned at the last minute from the Defendant's attorney that "…the Order requires the parties to speak before May 9, 2018…" on May 7th.
2. I must secure an attorney in the NY Tri-State area in order to proceed and am currently unable to guarantee when this can occur. I am looking into the matter as my current situation permits.
3. I, along with other residents of the U.S. Virgin Islands Territory, experienced two unprecedented Category 5 hurricanes twelve (12) days apart in early September 2017. We are still undergoing recovery two weeks before the official 2018 hurricane season commences June 1st and I have yet to secure necessary repairs that enable a livable, safe dwelling.

I conferred with the Defendant's attorney, Michael Gibson, regarding this matter May 8th. I trust the court concurs that without legal representation and given the additional circumstances, I am unable to move this case forward at this time and I might add, this is the situation, at least, for the foreseeable future.

Please note, access to the internet and online communication is limited at this time due to intermittent power outages, as well as telephone poles, towers and underwater cable wires in need of repair. As a result, I request you please include written mail in all communiqué along with any issued digitally.

Please also try to contact me via 1-340-513-8191 if need be. Thank you for your consideration and prompt response regarding this matter.

Sincere regards,

*[signature]*

Monica P. Prosper
P.O. Box 12383
St. Thomas, U.S. Virgin Islands 00801-5383
Prosperfnd@aol.com

cc: Michael H. Gibson
Enclosure: MHG's SatterleeStephens LLP USPS Notice dated April 25, 2018

 **SATTERLEE STEPHENS** LLP

230 Park Avenue
11th Floor
New York, NY 10169-0079
(212) 818-9200
(212) 818-9606 (Fax)

51 John F. Kennedy Parkway
First Floor West
Short Hills, NJ 07078-2713
(973) 218-2509
(973) 218-2401 (Fax)

www.ssbb.com

Michael H. Gibson, Esq.
Email: mgibson@ssbb.com
Direct Dial: (212) 404-8726

April 25, 2018

**Via Regular Mail and Email**

Monica Prosper
P.O. Box 12383
St. Thomas, VI 00801

      Re:    Monica Prosper v. Thomson Reuters (GRC), Inc.
              18 Civ. 2890 (VEC)(OTW)

Dear Ms. Prosper:

      As you are aware, this firm represents Thomson Reuters (GRC), Inc. ("Thomson") with regard to the above referenced matter. Enclosed please find the April 24, 2018 Initial Case Management Conference Order issued by Magistrate Judge Wang. The conference is scheduled to take place in New York on May 30, 2018.

      As you will also see, the Order requires the parties to speak before May 9, 2018 to discuss various issues and to prepare a joint Proposed Case Management Plan in advance of the conference. Please contact me at your convenience to discuss scheduling our meeting.

                                            Very truly yours,

                                            Michael H. Gibson

MHG/jc

Enclosure

2949047_1



Monica P. Prosper
P.O. Box 12383
St. Thomas, U.S. Virgin Islands 00801-5383

**CERTIFIED MAIL**

**SENT VIA USPS CERTIFIED MAIL:**

Honorable Ona T. Wang
U.S. Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007-1312

U.S. POSTAGE PAID
ST THOMAS, VI 00802
MAY 14 18
AMOUNT
$6.20
R2305K134665-04

RETURN RECEIPT REQUESTED