**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
MONICA PROSPER, :
:
                       Plaintiff, :         18-CV-2890 (VEC) (OTW)
:
          -against- :         **ORDER**
:
THOMAS REUTERS INC., :
:
                    Defendant. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

In light of the reported completion of the mediation referral, the parties shall file a joint status letter by **December 4, 2019** describing the status of discovery. If the parties are still requesting a protective order, they shall submit a version executed by the parties for the Court to so-order.

**SO ORDERED.**

                                                              *s/ Ona T. Wang*

Dated: November 20, 2019                              **Ona T. Wang**
       New York, New York                      United States Magistrate Judge