**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
: 
MONICA PROSPER, :
: 
                              Plaintiff, :      18-CV-2890 (MKV) (OTW)
:
       -against- :      **ORDER**
:
THOMSON REUTERS (GRC) INC., :
:
                            Defendant. :
:
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' February 18, 2020 joint status letter. (ECF 90). Plaintiff shall produce all remaining responsive documents by **March 5, 2020**. If, by March 5, 2020, Plaintiff fails to complete her document production or to provide a response that no further responsive documents are in her possession, custody, or control, Defendant may make an appropriate motion at that time.

By **March 9, 2020**, the parties shall file a joint status letter indicating (1) the status of any remaining discovery, including whether Defendant intends on filing any motion related to Plaintiff's non-production of documents; (2) whether the parties intend on filing any dispositive motions; and (3) whether the parties wish to consent to magistrate judge jurisdiction for all purposes. At the February 5, 2020 status conference, Plaintiff's counsel was ordered to submit an *ex parte* letter to Chambers via email by February 18, 2020. (ECF 89). To date, none has been received. Accordingly, Plaintiff's counsel shall email the *ex parte* letter to Chambers by **Monday,**

**February 24, 2020**.

    **SO ORDERED.**

                                              *s/ Ona T. Wang*

Dated: February 20, 2020                               **Ona T. Wang**
      New York, New York                    United States Magistrate Judge