UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
MONICA PROSPER,
:
:
                        Plaintiff,    :         18-CV-2890 (MKV) (OTW)
:
          -against-       :         **ORDER**
:
THOMSON REUTERS (GRC) INC.,
:
:
                        Defendant.
:
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Discovery closed in this action on March 13, 2020. The Court is in receipt of Defendant's April 1, 2020 letter motion for a pre-motion conference for a motion for summary judgment. (ECF 95). Per this Court's rules, Plaintiff had three business days to respond, or by April 6, 2020. *See Individual Rules*, III.b. Plaintiff has not responded. The Court will give **Plaintiff one additional chance to respond to ECF 95 by April 14, 2020**. Otherwise, the Court may consider the motion unopposed.

The Centers for Disease Control and the World Health Organization have advised people to take precautions regarding the COVID-19 pandemic, and the Chief Judge of this Court has entered standing orders regarding the same. *See, e.g.*, 20-MC-155. In order to protect public health while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is hereby ordered that counsel shall conduct work remotely. This includes, but is not limited to, client meetings, work meetings, and hand deliveries of courtesy copies to the Court (courtesy copies can be sent via email or mail). Nothing in this Order prevents the parties from seeking to further modify the pretrial schedule in light of the

COVID-19 pandemic (or for any other good cause). Before seeking such relief, the parties must, as always, meet and confer (via remote means) in a good faith effort to reach agreement on how best to fulfill the goals of Rule 1 while avoiding unnecessary health risks. If any party or counsel has any private, personal, familial or medical concerns that they need to share with the Court that would necessitate further orders, they may email Wang_NYSDChambers@nysd.uscourts.gov *ex parte* provided that they advise the other parties that they will be contacting the Court *ex parte*.

**SO ORDERED.**

Dated: April 10, 2019
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge