**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
MONICA PROSPER,

                     Plaintiff,

    -against-

THOMSON REUTERS INC.,

                     Defendant.
---------------------------------------------------------------x

18-CV-2890 (MKV) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

By **July 7, 2021**, Defendant is directed serve two courtesy copies of the fully briefed motion for summary judgment. (ECF 116-120, 122-24, 189-29). The courtesy copies shall have the ECF headers and be double-sided and tabbed.

**SO ORDERED.**

Dated: June 29, 2021
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge