```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONICA PROSPER,

                Plaintiff,

-against-

THOMSON REUTERS (GRC) INC.,

                Defendant.

18-cv-2890 (MKV)

**ORDER ADOPTING R&R**

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff Monica Proposer commenced this action alleging that she was subject to discrimination throughout her employment with Defendant Thomson Reuters (GRC) Inc. [ECF No. 8]. Judge Caproni, then presiding over the case, referred the matter to Magistrate Judge Wang. [ECF No. 44].[1] Following discovery, Defendant moved for summary judgment on all claims. [ECF No. 116]. Magistrate Judge Wang issued a Report and Recommendation [ECF No. 131] recommending that the Court grant Defendant's motion for summary judgment. No party timely filed any objections Magistrate Judge Wang's Report and Recommendation, nor has the Court received any untimely objections as of the date of this order.

    In reviewing a magistrate judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The Court reviews a report and recommendation to which no objections are filed for clear error. *See* Fed. R. Civ. P. 72; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018); *Edwards v. Fischer*, 414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006). The reasoning and conclusions of Magistrate Judge Wang's Report and Recommendation

---

[1] This case was reassigned to me on February 6, 2020.

are sound and well-supported, and the Court, finding no clear error, therefore adopts them. Accordingly, the Defendant's motion for summary judgment [ECF No. 116] is GRANTED.

The Clerk of the Court respectfully is requested to terminate docket entry 116 and to close this case.

**SO ORDERED.**

Date:  **March 17, 2022**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**